LAW OFFICES OF AARON BERGER
by AARON BERGER (SBN 285435)
4338 ½ Laurel Canyon Blvd.
Studio City, California 91604
P: (818) 942-0228
F: (818) 980-6050
E: Aaron@aaronbergerlaw.com

Attorney for Plaintiffs
JOHN W. MILLER SR

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. MILLER SR., an individual<br><br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A., a National Association; NORTHWEST TRUSTEE SERVICES INC., a Washington Corporation; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CV 17-8002-GW(AGRx)<br>Hon. Judge George H. Wu<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[*FRCP* Rule 41(a)(1)(A)(ii)]**<br><br>[*Proposed Order Filed and Served Concurrently herewith*] |

ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, the above-referenced Action identified as Case Number 2:17-cv-08002-GW-AGR is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: December 12, 2017

　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　GEORGE H. WU,
　　　　　　　　　　　　　　　　　　　U.S. District Judge